**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| DUSTIN S. KOLODZIEJ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:11-CV-00849-MSS-GJK |
| | § | |
| JAMES CHENEY MASON AND | § | |
| J. CHENEY MASON, P.A., | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(D), I certify that the instant action:

_____ IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or administrative agency as indicated below:

_____

_____

_____

__X_IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:   June 3, 2011.

/s/Thomas K. Equels
Thomas K. Equels
Florida Bar No. 304735
Equels Law Firm
860 North Orange Avenue
Suite A
Orlando, Florida 32801
tequels@equelslaw.com
Phone: (407) 839-0095
Fax: (407) 839-2050

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2011   ,   the   foregoing   document   was served on counsel for Plaintiff by ECF or regular United States mail, postage prepaid, as follows:

Christopher G. Moorman
Moorman Pieschel LLC
One Midtown Plaza, Suite 1205
1360 Peachtree Street, NE
Atlanta, Georgia 30309

David George
Connelly Baker Wotring LLP
700 JPMorgan Chase Tower
600 Travis Street
Houston, Texas  77002

Louis K. Bonham
OSHA LIANG, LLP
Two Houston Center, Suite 3500
909 Fannin Street
Houston, TX  77010

Bret Reed Hobson
Edward Bryan Krugman
1201 West Peachtree Street N.W.
3900 One Atlantic Center
Atlanta, GA  30309-3417

/s/ Thomas K. Equels
Thomas K. Equels

3