# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DUSTIN S. KOLODZIEJ,**

      **Plaintiff,**

v.                                                **Case No: 6:11-cv-859-Orl-36GJK**

**JAMES CHENEY MASON
and J. CHENEY MASON, P.A.,**

      **Defendants.**

## ORDER TO SHOW CAUSE

The Plaintiff is hereby **ORDERED TO SHOW CAUSE** by a written response filed within **fourteen (14)** days from the date of this Order why this case should not be dismissed, pursuant to Local Rule 3.10(a), for lack of prosecution due to the non-filing of a **Case Management Report** within the time prescribed by Local Rule 3.05. Failure to respond shall result in a dismissal of this action without further notice from the Court.

**DONE** and **ORDERED** in Orlando, Florida, on this day of 8th August 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Any Unrepresented Party