IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| DUSTIN S. KOLODZIEJ | § | |
|     *Plaintiff* | § | |
| | § | |
| v. | § | C.A. No. 6:11-CV-00859-CEH-GJK |
| | § | |
| JAMES CHENEY MASON AND | § | |
| J. CHENEY MASON, P.A. | § | |
|     *Defendants* | § | Jury Demanded |

## UNOPPOSED MOTION TO RESET STATUS CONFERENCE

Plaintiff Dustin S. Kolodziej requests that this Court reset the telephonic status conference that is currently set for February 5, 2013, at 11:15 am.

Plaintiff's lead counsel David George has oral argument in the United States Court of Appeals for the Fifth Circuit on February 5, 2013.[1] The court session begins at 9:00 am Central Standard Time (10:00 am Eastern Standard Time), and George's case is the second to be argued.[2] Forty minutes are allotted for each argument, so George's case will most likely be argued between 9:40 am and 10:20 am Central Standard Time, which is between 10:40 am and 11:20 am Eastern Standard Time. This means that George is scheduled to be arguing to the Fifth Circuit during the exact time of the telephonic status conference in this case.

Plaintiff requests that this Court reset the status conference to later in the day on February 5 or to another date. The Defendants do not oppose this request.

---

[1] *United States ex rel. Steury v. Cardinal Health, Inc*., No. 12-20314 (5th Cir.) (docket available online at http://www.ca5.uscourts.gov/clerk/calendar/1302/28.htm).

[2] *Id*.

Respectfully submitted this 22nd day of January, 2013.

| | |
|---|---|
| | /s/ David George |
| John A. Boudet, Esq. | David George |
| Florida Bar No. 515670 | *Admitted Pro Hac Vice* |
| Trial Counsel | Texas Bar No. 00793212 |
| ROETZEL AND ANDRESS | CONNELLY • BAKER • WOTRING LLP |
| 420 S. Orange Avenue | 700 JPMorgan Chase Tower |
| CNL Tower II, Seventh Floor | 600 Travis Street |
| Orlando, Florida 32801 | Houston, Texas 77002 |
| Telephone: (407) 245-2451 | Telephone: (713) 980-6513 |
| Fax: (407) 835-3596 | Fax: (713) 980-1701 |
| jboudet@ralaw.com | dgeorge@connellybaker.com |

*Counsel for Plaintiff*

### CERTIFICATE OF CONFERENCE

I certify that on January 22, 2013, I conferred with Defendants' counsel Thomas K. Equels, and he informed me that he does not oppose the Court granting the relief requested in this motion.

/s/ David George
David George

### CERTIFICATE OF SERVICE

I certify that on January 22, 2013, this document was served on the following counsel of record by through this Court's ECF system:

Thomas K. Equels
EQUELS LAW FIRM
860 N. Orange Ave., Ste 600
Orlando, Florida 32801
tequels@equelslaw.com

/s/ David George
David George