**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**Dustin S. Kolodziej**
        **Plaintiff,**

v.                                     Case No. 6:11-CV-00859-CEH-GJK

**James Cheney Mason and**
**J. Cheney Mason, PA**
        **Defendants**

**PLAINTIFF'S RESPONSE TO COURT ORDER REGARDING MEDIATION**

The parties participated in a mediation before Mediator Larry M. Watson on March 26, 2013. The mediation did not result in a settlement.

Respectfully submitted this 17th day of April, 2013.

                                                 /s/ David George
                                                 David George
                                                 *Admitted Pro Hac Vice*
                                                 Texas Bar No. 00793212
                                                 CONNELLY • BAKER • WOTRING LLP
                                                 700 JPMorgan Chase Tower
                                                 600 Travis Street
                                                 Houston, Texas 77002
                                                 Telephone: (713) 980-6513
                                                 Fax: (713) 980-1701
                                                 dgeorge@connellybaker.com

                                                 John A. Boudet, Esq.
                                                 Florida Bar No. 515670
                                                 ROETZEL AND ANDRESS
                                                 420 S. Orange Avenue
                                                 CNL Tower II, Seventh Floor
                                                 Orlando, Florida 32801
                                                 Telephone: (407) 245-2451
                                                 Fax: (407) 835-3596
                                                 jboudet@ralaw.com

                                                 *Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

      I certify that on April 17, 2013, this document was served on the following counsel of record by through this Court's ECF system:

| | |
|---|---|
| Louis K. Bonham | Thomas K. Equels |
| OSHA LIANG LLP | EQUELS LAW FIRM |
| Two Houston Center | 860 N. Orange Ave., Ste 600 |
| Suite 3500 | Orlando, Florida 32801 |
| 909 Fannin Street | tequels@equelslaw.com |
| Houston, Texas 77010 | |
| bonham@oshaliang.com | |

                                                /s/ David George
                                                David George