UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

```
CLERK'S MINUTES
Motion Hearing
Docs. 71, 72 and 80
```

Case Number: 6:11-CV-859-ORL-36GJK

| **DUSTIN S. KOLODZIEJ** | | **Plaintiff's Counsel:** | |
| --- | --- | --- | --- |
| | | | William George |
| | Plaintiff (s), | | |
| -v- | | | |
| **JAMES CHENEY MASON** | | **Defense Counsel:** | |
| **J. CHENEY MASON, P.A.** | | | Thomas Equels |
| | | | Mary Equels |
| | Defendant(s). | | |

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Koretta Stanford 407.872.1715 |
| --- | --- | --- | --- |
| Courtroom Clerk: | N. L. Leiter | Interpreter: | None |
| Date: | September 24, 2013 | Time: | 10:36 am to 12:15 pm |

Doc. 71 - Plaintiff's Motion to Exclude Defendants' Expert Witnesses Daniel McDyre, Charles Jones and Donald Lykkebak.
Doc. 72 - Defendants' Motion for Summary Judgment
Doc. 80 - Plaintiff's Motion for Summary Judgment

| | |
| --- | --- |
| 10:36 am | Convene |
| | Appearances |
| 10:39 am | <u>Defendants's Motion for Summary Judgment (Doc. 72)</u> |
| | Defense Argument |
| 11:00 am | Plaintiff's responsive argument. |
| 11:32 am | Defense rebuttal argument |
| | |
| 11:37 am | <u>Motion to Exclude to Exclude (Doc. 71)</u> |
| | Plaintiff's Argument as to <u>Daniel McDyre</u> |
| 11:47 am | Defense responsive argument |
| 11:51 am | Plaintiff rebuttal argument |
| 11:52 am | Plaintiff's Argument as to <u>Charles Jones</u> |
| 11:56 am | Defense response |
| 11:57 am | Plaintiff's rebuttal argument |

| | |
|---|---|
| 11:58 am | Plaintiff's Argument as to <u>Donald Lykkebak</u> |
| 12:00 pm | Defense response |
| 12:03 pm | Plaintiff's rebuttal argument |
| 12:06 pm | Court inquires of Plaintiff as to J. Cheney Mason PA involvement in matter |
| | Plaintiff responds |
| 12:12 pm | Defense responds |
| 12:13 pm | **Court takes these motions under advisement** |
| 12:15 pm | Adjourned |