UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

Dustin S. Kolodziej

vs.

Case No. 6:11-CV-00859-Orl-40GJK

James Cheney Mason and J. Cheney Mason, P.A.

# PLAINTIFF'S CORRECTED EXHIBIT LIST[1]

\_\_\_\_Government   \_X\_ Plaintiff   \_\_\_\_Defendant   \_\_\_\_Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | 08/12/15 | 08/12/15 | | | Docket Sheet |
| 2 | 08/12/15 | 08/12/15 | | | Plaintiff's Original Complaint (Doc. 1) |
| 3 | 08/12/15 | 08/12/15 | | | Order Denying Defendants' Motion to Dismiss and Granting Defendants' Motion to Transfer Case (Doc. 20) |
| 4 | 08/12/15 | 08/12/15 | | | Defendants' Original Answer (Doc. 25) |
| 5 | 08/12/15 | 08/12/15 | | | Defendants' Motion for Summary Judgment (with exhibits) (Doc. 72) |
| 6 | 08/12/15 | 08/12/15 | | | Supplement to Defendants' Motion for Summary Judgment (Doc. 74) |

---

[1] Corrected in accordance with the Court's instructions at the August 12, 2015 evidentiary hearing.

| 7 | 08/12/15 | 08/12/15 | | | Parties' Stipulation Regarding Summary Judgment Evidence (Doc. 76) |
|---|---|---|---|---|---|
| 8 | 08/12/15 | 08/12/15 | | | Plaintiff's Response to Defendants' Motion for Summary Judgment (with exhibits) (Doc. 79) |
| 9 | 08/12/15 | 08/12/15 | | | Plaintiff's Clarification Regarding Citations to Joint Exhibits in Response to Defendants' Motion for Summary Judgment (Doc. 82) |
| 10 | 08/12/15 | 08/12/15 | | | DVDs with Summary Judgment Joint Exhibits 1, 2, and 3. (According to the Docket Sheet entry of July 3, 2013, related to Doc. 76, the DVDs "have been received and placed in a brown folder with the case files") |
| 11 | 08/12/15 | 08/12/15 | | | Defendants' Reply Supporting Their Motion for Summary Judgment (Doc. 85) |
| 12 | 08/12/15 | 08/12/15 | | | Order Granting Defendants' Motion for Summary Judgment (Doc. 102) |
| 13 | 08/12/15 | 08/12/15 | | | Amended Final Judgment (Doc. 104) |
| 14 | 08/12/15 | 08/12/15 | | | Eleventh Circuit Opinion (Doc. 115) |
| 15 | 08/12/15 | 08/12/15 | | | C.V. of Shawn J. Bayern |