UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DUSTIN S. KOLODZIEJ,**

      **Plaintiff,**

v.                                                   Case No:   6:11-cv-859-Orl-40GJK

**JAMES CHENEY MASON, J. CHENEY MASON, P.A., ROETZEL & ANDRESS, LPA, DAVID GEORGE, BAKER WOTRING LLP and JOHN A. BOUDET,**

      **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **PLAINTIFF'S AMENDED MOTION TO EXCLUDE DEFENDANTS' EXPERT WITNESS PATRICK C. CROWELL'S OPINION (Doc. No. 125)**
>
> **FILED:**     **January 26, 2015**
>
> ___
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

On January 7, 2015, Defendants filed a Renewed Motion for Attorney's Fees, Expenses, and Costs (the "Motion for Fees") against Plaintiff's counsel and their law firms.  Doc. No. 116. In support, Defendants provided a declaration from Patrick C. Crowell, Esq., in which he opined about entitlement to sanctions under 28 U.S.C. § 1927 and quantification of those sanctions.  *Id*. at 9-14.  On January 26, 2015, Plaintiff filed an Amended Motion to Exclude Defendants' Expert Witness Patrick C. Crowell's Opinion (the "Motion to Strike").  Doc. No. 125.  In it, Plaintiff

- 2 -

requests that the Court exclude the declaration of Mr. Crowell, on the basis that it is conclusory and not reliable. *Id*. On January 29, 2015, Defendants filed a response in opposition to the Motion to Strike. Doc. No. 127.

On August 12, 2015, the undersigned held an evidentiary hearing on the Motion for Fees and Motion to Strike. At the hearing, Defendants called Mr. Crowell to testify as an expert witness on the issues of entitlement to sanctions under § 1927 and the appropriate scope of sanctions. Plaintiff's objected to Mr. Crowell's testimony, but the undersigned reserved ruling on the objections and allowed Mr. Crowell to testify. Based on Mr. Crowell's testimony at the hearing, the undersigned finds that he is qualified to testify as an expert witness on the issues of entitlement to sanctions under § 1927 and the appropriate scope of sanctions. Therefore, Plaintiff's objections are overruled. Accordingly, it is **ORDERED** that the Motion to Strike (Doc. No. 125) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on August 17, 2015.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties